IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN 30 PM 3:56
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

VERONICA M. AKINES, et al.,

    Plaintiffs,

vs.                          No: 02-2483 M/Bre ✓

SHELBY COUNTY, et al.,

    Defendants.

---

CHAKA C. WATSON, et al.,

    Plaintiffs,

vs.                          No: 02-2691 Ma/Bre
                              JURY TRIAL DEMANDED

SHELBY COUNTY, et al.,

    Defendants.

---

### ORDER APPROVING
### NOTICE OF DISMISSAL OF CLAIM OF
### OLITA P. BONAPART

This matter having come before the Court, upon Notice of Dismissal of Claim of Olita P. Bonapart, and the Court being advised that there is no opposition to said Notice of Dismissal, finds that this Notice is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that Notice of Dismissal of Claim of Olita P. Bonapart is hereby granted.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-1-05

(131)

**ORDERED** this the ____30th____ day of June, 2005

J. DANIEL BREEN, Judge
U.S. District Court

**APPROVED FOR ENTRY:**

_____
Kathleen L. Caldwell, Esq.
2080 Peabody Avenue
Memphis, TN 38104
Telephone: 901) 274-2075
Facsimile: (901) 274-2085

_____
G. Hite McLean, Jr., Esq.
2670 Union Avenue Extended, Suite 1228
Memphis, TN 38112

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 131 in case 2:02-CV-02483 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Hite McLean
LAW OFFICES OF HITE MCLEAN, JR.
2670 Union Avenue Extended
Ste. 825
Memphis, TN 38112--441

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Glenwood Paris Roane
LAW OFFICE OF GLENWOOD P. ROANE, SR.
217 Exchange Ave.
Memphis, TN 38105--350

Honorable J. Breen
US DISTRICT COURT