IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _AC_ D.C.
05 AUG 16 AM 11:27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

VERONICA M. AKINES, et al.,

    Plaintiffs,

v.

    No. 02-2483-B/An

SHELBY COUNTY GOVERNMENT
(Shelby County Correctional Center)

    Defendant.

---

CHAKA C. WATSON and
LEKEISHA HUNT,

    Plaintiffs,

v.

    No. 02-2691-B/An

SHELBY COUNTY GOVERNMENT
(Shelby County Correctional Center)

    Defendant.

---

### ORDER OF REFERENCE

Before the court is Defendant's Motion for Order Dismissing Plaintiff Cotina Glover's Complaint for Failing to Appear for her Deposition filed on August 4, 2005.

This matter is hereby referred to the United States Magistrate Judge for a report and recommendation. Any objections to the magistrate judge's report and recommendation shall be made within ten (10) days after service of the report, setting forth particularly those portions of the report objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's report will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-17-05

136

IT IS SO ORDERED this 16th day of August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 136 in case 2:02-CV-02483 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

Glenwood Paris Roane
LAW OFFICE OF GLENWOOD P. ROANE, SR.
217 Exchange Ave.
Memphis, TN 38105--350

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Hite McLean
LAW OFFICES OF HITE MCLEAN, JR.
2670 Union Avenue Extended
Ste. 825
Memphis, TN 38112--441

Honorable J. Breen
US DISTRICT COURT