IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

VERONICA M. AKINES, et al.,

    Plaintiffs,

v.                                            No. 02-2483 B

SHELBY COUNTY GOVERNMENT
(Shelby County Correctional Center),

    Defendant.

---

CHAKA C. WATSON and
LEKEISHA HUNT,

    Plaintiffs,

v.                                            No. 02-2691 B

SHELBY COUNTY GOVERNMENT
(Shelby County Correctional Center),

    Defendant.

---

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

The Defendant, Shelby County, filed a motion requesting the dismissal of Plaintiff Contina Glover's complaint for failure to appear at her deposition scheduled for June 29, 2005. The Court referred the appeal to Magistrate Judge S. Thomas Anderson. On October 5, 2005, the Magistrate Judge entered a report and recommended that the Glover's complaint be dismissed. According to the Court's docket, no objections were filed in response.[1] Based upon a de novo review of the before

---

[1] The Court notes the October 18, 2005 filing of Plaintiff's counsel informing the Court that numerous attempts have been made to contact Glover without success and conceding, in light of her failure to respond, that an order dismissing Glover is appropriate.

it, the Court adopts the report in full and accordingly, DISMISSES Plaintiff Contina Glover's complaint.

**IT IS SO ORDERED** this 24th day of October, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 143 in case 2:02-CV-02483 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Glenwood Paris Roane
LAW OFFICE OF GLENWOOD P. ROANE, SR.
217 Exchange Ave.
Memphis, TN 38105--350

Hite McLean
LAW OFFICES OF HITE MCLEAN, JR.
2670 Union Avenue Extended
Ste. 1228
Memphis, TN 38112--441

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT