IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

VERONICA M. AKINES, et al.,

      Plaintiffs,

v.                                                                    No. 02-2483 B

SHELBY COUNTY GOVERNMENT
(Shelby County Correctional Center),

      Defendant.

---

ORDER DENYING PLAINTIFF'S MOTION FOR A JURY QUESTIONNAIRE

---

Before the Court is the Plaintiffs' June 30, 2006 motion for an order directing the clerk to issue a jury questionnaire. However, on July 24, 2006, this Court entered an order continuing the trial date indefinitely. There is pending before the Court a motion for summary judgment filed by the Defendant, Shelby County Government ("Shelby County"). Therefore, at this time, the Court DENIES the Plaintiffs' motion without prejudice. Should the resolution of Shelby County's motion for summary judgment result in the resetting of a trial date, the Plaintiffs may re-file their motion for a jury questionnaire at that time.

      **IT IS SO ORDERED** this 30th day of January, 2007.


s/  J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE